# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| T-Mobile Central LLC, a Delaware limited liability company, | Civil No. 09 -2808 (RHK/JJG ) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| City of Brooklyn Park, a Minnesota municipal corporation, | |
| Defendant. | |

Based upon the Stipulation of Dismissal With Prejudice filed by the parties on April 27, 2010 and based upon the undersigned having reviewed the Contingent Settlement Agreement attached to the Stipulation of Dismissal with Prejudice, **IT IS ORDERED** that the undersigned hereby approves the Contingent Settlement Agreement as the appropriate method to resolve this action and that this action is **DISMISSED WITH PREJUDICE** on the merits, without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 28, 2010

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge